IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO JIMENEZ-SANDOVAL,<br>Petitioner,<br><br>v.<br><br>STEVEN ANGELLUCI, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, PAMELA BONDI, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW<br>Respondents. | CIVIL ACTION<br><br><br><br>NO.  25-CV-6989 |

**O R D E R**

**AND NOW**, this 7th day of January, 2026, upon consideration of Petitioner Jimenez-Sandoval's Petition for Writ of Habeas Corpus (ECF Nos. 1, 3), and Respondents' response thereto (ECF No. 2), **IT IS HEREBY ORDERED** as follows:

1. Jimenez-Sandoval's Petition is **GRANTED**;[i]

2. The Government shall **RELEASE** Jimenez-Sandoval from custody immediately and certify compliance with the Court's Order by filing an entry on the docket no later than **12:00 p.m. ET on January 8, 2026**;

3. The Government is temporarily enjoined from re-detaining Jimenez-Sandoval for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Jimenez-Sandoval after that seven-day period, it must first provide him with a bond hearing pursuant to 8 U.S.C. § 1226(a); and

5. Pending the ordered bond hearing, the Government **SHALL NOT** remove, transfer, or otherwise facilitate the removal of Jimenez-Sandoval from the Commonwealth of Pennsylvania.  If the Immigration Judge determines that Jimenez-Sandoval is subject to detention under 8 U.S.C. § 1226(a), the Government may request permission of the

Court to move him.  If unforeseen or emergency circumstances arise that require Jimenez-Sandoval to be removed, any such request must include an explanation for the request as well as a proposed destination.

**BY THE COURT:**

**S/ WENDY BEETLESTONE**

**WENDY BEETLESTONE, C.J.**

---

[i] Pedro Jimenez-Sandoval is a citizen of Mexico who has lived in the United States since 2007, when he entered the country without inspection.  In a case where the parties made nearly identical arguments, this Court held that detaining individuals in Jimenez-Sandoval's position without a bond hearing violates the Immigration and Nationality Act, 18 U.S.C. § 1101 *et seq. Rio Porras*, 2025 WL 3708900 at *2-3 (citing *Ndiaye v. Jamison*, 2025 WL 3229307 (E.D. Pa. Nov. 19, 2025); *Karashnov v. Jamison*, 2025 WL 3188399 (E.D. Pa. Nov. 14, 2025); and, *Demirel v. Fed. Det. Ctr. Phila.*, 2025 WL 3218243 (E.D. Pa. Nov. 18, 2025)).  The same reasoning applies here.