IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PEDRO JIMENEZ-SANDOVAL,<br>Petitioner,<br><br>v.<br><br>STEVEN ANGELLUCI, U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, PAMELA BONDI, and EXECUTIVE OFFICE FOR IMMIGRATION REVIEW<br>Respondents. | CIVIL ACTION<br><br><br><br>NO. 25-CV-6989 |

**O R D E R**

**AND NOW**, this 8th day of January 2026, in light of Respondents' Notice that Petitioner Jimenez-Sandoval has been released (ECF No. 5), **IT IS HEREBY ORDERED** that the Clerk of the Court **SHALL TERMINATE** the above-captioned action and mark it as **CLOSED**.

BY THE COURT:

S/ **WENDY BEETLESTONE**
_____
**WENDY BEETLESTONE, C.J.**